RENEE BERKOWITZ, an Infant, by IDA BERKOWITZ, Her Guardian ad Litem, et al., Appellants, *v.* CITY OF NEW YORK, Respondent, Impleaded with Others.

Submitted July 23, 1940; decided July 24, 1940.

*William C. Chanler, Corporation Counsel (Paxton Blair of counsel), for motion.*

*Louis Rothbard* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.